**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1131**

---

BRADLY G. DALTON,

                                        Plaintiff - Appellant,

        versus

SCHOOL BOARD OF THE CITY OF NORFOLK,

                                        Defendant - Appellee,

        and

ROY NICHOLS, Former Superintendent; JOHN
SMITH, School Administrator; PAMELA RIDDICK,
School Administrator; CATHY LASSITER, School
Administrator; ANN HALL, School Administrator,

                                        Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-98-975-2)

---

Submitted: July 14, 2000          Decided: August 1, 2000

---

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Bradly G. Dalton, Appellant Pro Se.  Daniel R. Hagemeister, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bradly G. Dalton appeals the district court's order granting summary judgment to the School Board of the City of Norfolk in this action alleging a violation of the Age Discrimination in Employment Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Dalton v. School Bd. of Norfolk</u>, No. CA-98-975-2 (E.D. Va. Jan. 10, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2